DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JESUS RAFAEL SUAREZ,**
Appellant,

v.

**PETVET OPERATING, LLC,**
Appellee.

No. 4D2025-1400

[June 18, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Jennifer Wigand Hilal, Judge; L.T. Case No. 062024SC003806AXXXCE.

Jesus Rafael Suarez, Tampa, pro se.

Mark Barron Gunderson of Mark Gunderson, PL, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, FORST and SHAW, JJ., concur.

\*      \*      \*

***Not final until disposition of timely-filed motion for rehearing.***